# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 19-61918MP |
| vs. | Citizenship: INDIA |
| Ravinder Singh | DOA: 07/07/2019 |
| YOB: 1998 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about July 07, 2019, near San Luis, Arizona in the District of Arizona, Defendant Ravinder SINGH, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on July 07, 2019. To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Antonio Noza, Julio Orozco, Victor Ruiz, Allison Cruz. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs Ryan Jensen, Eric Crosley.

| | |
|---|---|
| File Date: 07/08/2019 | at Yuma, Arizona |

Jaime Fuentes, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 07/08/2019

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 2TT29VJWD

Magistrate Information Sheet

Complaint: Ravinder Singh

Criminal History: NONE

Immigration History: NONE